```
MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:19-po-00364-DB |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE<br>) BENCH TRIAL AND SET CHANGE OF |
| v. | ) PLEA AND SENTENCING HEARING |
| ERIC R. HOOKS, | ) |
| Defendant. | ) DATE: November 5, 2020<br>) TIME: 9:00 a.m.<br>) JUDGE: Hon. Deborah Barnes |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on November 5, 2020 at 9:00 a.m.

2. Since the status conference, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the bench trial and set a change

/ / /

/ / /

of plea and sentencing hearing on November 5, 2020 at 9:00 a.m.

　　　　IT IS SO STIPULATED.


DATED: October 20, 2020       MCGREGOR W. SCOTT
                              United States Attorney


                        By:   */s/ Alstyn Bennett*
                              ALSTYN BENNETT
                              Special Assistant U.S. Attorney


                              */s/ Linda Allison*
                              LINDA ALLISON
                              Assistant Federal Defender
                              Counsel for Defendant
                              (*Per 10/20/2020 email authorization from Linda Allison*)


### FINDINGS AND ORDER

　　　IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea and sentencing hearing is set for November 5, 2020 at 9:00 a.m.

　　　FOUND AND ORDERED:

Dated:  October 23, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER　　　2　　　U.S. V. ERIC R. HOOKS